# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| HELEN NADINE HILL | ) | CASE NO.: 18-41010-BEM |
| | ) | |
| DEBTOR. | ) | |

## APPLICATION FOR COMPENSATION

COMES NOW Slipakoff & Slomka, PC, counsel of record for HELEN NADINE HILL, Debtor in the above-styled case, files this Application for Compensation and respectfully presents the following:

1

Pursuant to Paragraph 4(B) in the Chapter 13 Plan confirmed on October 31, 2018, Slipakoff & Slomka, PC, ("Slomka") is entitled to additional compensation, over and above the base fee of $5,000.00, for specific services agreed to by Debtor and rendered on behalf of Debtor, as listed in Paragraph 6 of Debtor's "Disclosure of Compensation of Attorney for Debtor" (the "Disclosure Statement") filed in this case.

2

The basis for this application is Slomka addressed a Motion for Relief filed by Debtor's mortgage company, Wells Fargo Bank, N.A. (Doc. No. 21) (the "MFR"), which was resolved by Consent Order entered on December 17, 2018 (Doc. No. 27). Slomka is applying for the agreed upon fees of $500.00 for the MFR, for a total fee application of $500.00.

3

Slomka is applying to the Bankruptcy Court for the allowance and payment of the above-stated fee as set forth in the Disclosure Statement filed in this case and Paragraph 4(B) of the Debtor's confirmed Chapter 13 Plan.

WHEREFORE, Slomka prays for an order granting its Application for Compensation as set forth above for the amount of $500.00

Respectfully Submitted:

\_\_\_\_/s/\_\_\_\_\_
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| HELEN NADINE HILL | ) | CASE NO.: 18-41010-BEM |
| | ) | |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served a copy of the foregoing Application for Compensation, filed in this Bankruptcy Case, upon the following, by depositing a copy of the same in the United States Mail with sufficient postage affixed thereon to ensure delivery to:

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
191 Peachtree Street NE
Suite 2200
Atlanta, GA 30303

U.S. Trustee (served via ECF)
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Helen Nadine Hill
24 Berkleigh Trails Drive
Hiram, GA 30141

SEE ATTACHED FOR ADDITIONAL CREDITORS

On this the 31st day of December, 2018

\_\_\_\_/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE, Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          Heather D. Bock                          Sonya M. Buckley
113E-4                                   McCalla Raymer Leibert Pierce LLC        Office of Mary Ida Townson
Case 18-41010-bem                        1544 Old Alabama Road                    Suite 2200
Northern District of Georgia             Roswell, GA 30076-2102                   191 Peachtree Street, NE
Rome                                                                              Atlanta, GA 30303-1770
Mon Dec 31 14:22:17 EST 2018

Capital One                              Cato Corporation                         Cedar Hill Natl Bank
Attn: Bankruptcy                         Attn: Bankruptcy                         c/o Creditors Bankruptcy Service
PO Box 30285                             8100 Denmark Road                        P.O. Box 800849
Salt Lake City, UT 84130-0285            Charlotte, NC 28273-5975                 Dallas, TX 75380-0849


Chase Card                               (p)GEORGIA DEPARTMENT OF REVENUE         Helen Nadine Hill
Po Box 15298                             COMPLIANCE DIVISION                      24 Berkleigh Trails Drive
Wilmington, DE 19850-5298                ARCS BANKRUPTCY                          Hiram, GA 30141-4170
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


Hilliard Leroy Hill                      IRS                                      A. Michelle Hart Ippoliti
24 Berkleigh Trails Drive                401 W Peachtree Street NW                McCalla Raymer Liebert Pierce, LLC
Hiram, GA 30141-4170                     Atlanta, GA 30308                        1544 Old Alabama Road
                                                                                  Roswell, GA 30076-2102


Kennestone Hospital                      LVNV Funding, LLC its successors and assigns   Midland Funding LLC
c/o Medical Data Systems                 assignee of Santander Consumer USA       PO Box 2011
2001 9th Ave Suite 312                   Resurgent Capital Services               Warren, MI 48090-2011
Vero Beach, FL 32960-6413                PO Box 10587
                                         Greenville, SC 29603-0587


PRA Receivables Management, LLC          Quantum3 Group LLC as agent for          Howard P. Slomka
PO Box 41021                             MOMA Funding LLC                         Slipakoff & Slomka, PC
Norfolk, VA 23541-1021                   PO Box 788                               Overlook III - Suite 1700
                                         Kirkland, WA  98083-0788                 2859 Paces Ferry Rd, SE
                                                                                  Atlanta, GA 30339-6213


Synchrony Bank                           Synchrony/JC Penney                      Synchrony/Sam's Club
c/o PRA Receivables Management, LLC      Attn: Bankruptcy                         Attn: Bankruptcy
PO Box 41021                             PO Box 965060                            PO Box 32896
Norfolk, VA 23541-1021                   Orlando, FL 32896-5060                   Orlando, FL 32896-0001


Talley Management Group                  Mary Ida Townson                         U. S. Attorney
19 Mantua Road                           Chapter 13 Trustee                       600 Richard B. Russell Bldg.
Mount Royal, NJ 08061-1006               Suite 2200                               75 Ted Turner Drive, SW
                                         191 Peachtree Street, NE                 Atlanta GA 30303-3315
                                         Atlanta, GA 30303-1770


Webbank/fingerhut                        Wells Fargo Bank, N.A.                   Wells Fargo Bank, N.A.
6250 Ridgewood Rd                        3476 Stateview Blvd                      Default Document Processing
Saint Cloud, MN 56303-0820               X7801-014                                N9286-01Y
                                         Ft. Mill, SC 29715-7203                  1000 Blue Gentian Road
                                                                                  Eagan MN  55121-7700


(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

(u)Wells Fargo Bank, N.A..

End of Label Matrix
Mailable recipients    27
Bypassed recipients     2
Total                  29